UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-02159-HAB-DGB |
| v. | ) |
| JOHN DOES 1-14, | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Malibu Media, LLC ("Plaintiff"), in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order denying Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference entered in this action on the 29th day of June, 2012.

Dated: July 13, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

1