# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:12-cv-02159-HAB-DGB |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-14, ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Malibu Media, LLC ("Plaintiff"), in the above named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order denying Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference entered in this action on the 29th day of June, 2012.

Dated: July 16, 2012

                                                Respectfully submitted,

                                                NICOLETTI & ASSOCIATES, PLLC

By:  /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel: (248) 203-7800
       Fax: (248) 203-7801
       E-Fax: (248) 928-7051
       Email: paul@nicoletti-associates.com
       *Attorneys for Plaintiff*