# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 10, 2012

To:    Pamela E. Robinson
       UNITED STATES DISTRICT COURT
       Central District of Illinois
       U.S. Courthouse
       Urbana , IL 61802-3369

| No.: 12-2662 | MALIBU MEDIA LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>JOHN DOES, 1-14,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cv-02159-HAB-DGB<br>Central District of Illinois<br>District Judge Harold A. Baker ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:    No record to be returned

NOTE TO COUNSEL:

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**  10/10/2012                             **Received by:**  s/ V. Ball

_____        _____

form name: **c7_Mandate**(form ID: **135**)

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

September 18, 2012



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**Frank H. Easterbrook,** *Chief Judge*
**Ilana Diamond Rovner,** *Circuit Judge*
**Diane P. Wood,** *Circuit Judge*

| | |
|---|---|
| MALIBU MEDIA LLC,<br>  Plaintiff-Appellant,<br><br>No. 12-2662                    v.<br><br>JOHN DOES, 1-14,<br>  Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 2:12-cv-02159-HAB-DGB<br>]<br>] Harold A. Baker, Judge. |

O R D E R

   Plaintiff-appellant Malibu Media LLC appeals the denial of its motion for leave to serve third-party subpoenas in advance of the Fed. R. Civ. P. 26(f) conference. See Fed. R. Civ. P. 26(d)(1). It claims that the order "effectively ended the litigation and was tantamount to dismissing Appellant's case with prejudice," asserting the collateral order doctrine as a basis for appellate review.

   The district court, however, has not dismissed the case, and until it actually does so, plaintiff-appellant Malibu Media LLC cannot obtain review of the district court's order denying its discovery request to uncover the identity of the unknown defendants. Quite simply, the order is not unreviewable on appeal from a final judgment – one of the requirements for collateral-order review. *Digital Equipment Corp. v. Desktop Direct, Inc.*, 511 U.S. 863, 867 (1994).

   This appeal is DISMISSED for lack of jurisdiction.