# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-02159-HAB-DGB |
| v. | ) |
| JOHN DOES 1-14, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOES

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Does ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 75.150.250.229, 24.12.201.116, 24.12.27.2, 68.54.118.233, 98.212.135.186, 98.212.202.42, 98.214.201.57, 98.214.65.232, 98.222.89.56, 98.223.140.191, 98.253.58.226, 50.44.157.47, 50.82.176.139 and 67.219.90.28, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  April 10, 2013

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel:  (248) 203-7800
       Fax:  (248) 203-7801
       E-Fax: (248) 928-7051
       Email:  paul@nicoletti-associates.com
       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)